JS-6

1  **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
2  **CORY M. BRENTE,** Supervising Assistant City Attorney
**J. EDWIN RATHBUN, JR., Deputy City Attorney (SBN 221804)**
3  200 North Main Street, 6th Flr., City Hall East,
Los Angeles, CA  90012
4  Email: Edwin.rathbun@lacity.org
Phone No. (213) 978-7041, Fax No. (213) 978-8785
5

6  *Attorneys for Defendants* **BRIAN THAYER and EDUARDO GARCIA**

7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MICHAEL D. FULTON, | **CASE NO.: CV10-0137JCG** |
| 11 | *Honorable Jay C. Gandhi* |
| Plaintiff, | **JUDGMENT AFTER TRIAL BY** |
| 12  vs. | **JURY** |
| 13 | |
| BRIAN THAYER AND EDUARDO | |
| 14  GARCIA, | **TRIAL DATE:**   **October 6, 2015** |
| 15  Defendants. | |
| 16 | |

17

18  **TO THE HONORABLE COURT AND TO PLAINTIFF AND HIS**

19  **ATTORNEYS OF RECORD:**

20       This action came on regularly for trial on October 6, 2015 in Courtroom "790" of

21  the United States District Court, Central District of California, before the Honorable Jay

22  C. Gandhi, United States Magistrate Judge.  Plaintiff Michael D. Fulton  was  represented

23  by Janet Levine, Derek A. Hahn and Brent W. Westcott of CROWELL & MORING

24  LLP.   The Defendants Brian Thayer and Eduardo Garcia, were represented by Deputy

25  City Attorney J. Edwin Rathbun, Jr.

26       A jury of 8 persons were empaneled and sworn. Witnesses were sworn and

27  testified and documentary evidence was introduced and admitted into evidence.  After

28  hearing the evidence and arguments of counsel, the jury was duly instructed by the Court

and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so.  The jury deliberated and thereafter returned to the court with their unanimous verdict as follows:

## JURY VERDICT

WE, THE JURY, in the above-entitled action, unanimously determine in the case submitted to us as follows:

**QUESTION NO. 1**: Has the plaintiff Michael Fulton proved by a preponderance of the evidence his claim that defendant Brian Thayer violated 42 U.S. C. § 1983 by using excessive force against him?

Yes_____          No__X__

*If you answered "Yes" to Question No. 1, please proceed to Question No. 2.  If you answered "No" To Question No. 1, please proceed to Question No. 4.*

**QUESTION NO. 2:** What are plaintiff Michael Fulton's damages against defendant Brian Thayer?

$_____

*Please proceed to Question No. 3.*

**QUESTION NO. 3:** Was defendant Brian Thayer's conduct malicious, oppressive, or in reckless disregard of plaintiff Michael Fulton's rights?

Yes_____          No_____

2

*Please proceed to Question No. 4.*

**QUESTION NO. 4:** Has the plaintiff Michael Fulton proved by a preponderance of the evidence his claim that defendant Eduardo Garcia violated 42 U.S.C. § 1983 by using excessive force against him?

      Yes_____          No__X__

*If you answered "Yes to Question No. 4, please proceed to Question No. 5. If you answered "No" to Question No. 4, please stop here, answer no further questions, and have the presiding juror sign and date this form.*

**QUESTION NO. 5:** What are plaintiff Michael Fulton's damages against defendant Eduardo Garcia?

      $_____

*Please stop here and have the presiding juror sign and date this form.*

Dated: October 8, 2015

                      _____/s/_____
                            Jury Foreperson

By reason of the special verdict, Defendants BRIAN THAYER AND EDUARDO GARCIA are entitled to judgment against Plaintiff MICHAEL D. FULTON.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff MICHAEL D. FULTON, have and recover nothing by reason of each and all his claims as set forth in the First Amended Complaint against Defendants BRIAN THAYER AND EDUARDO GARCIA, and that Defendants BRIAN THAYER AND EDUARDO GARCIA shall recover their costs in accordance with Local Rule 54.

DATED:   October 27, 2015

**HONORABLE JAY C. GANDHI**
United States Magistrate Judge